No. 1002. FISKE ET AL. *v.* WALLACE. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Eighth Circuit denied. *Messrs. Oscar E. Buder* and *G. A. Buder, Jr.* for petitioners. *Messrs. James C. Jones, Lon O. Hocker,* and *Frank Y. Gladney* for respondent.